IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KHALAN ELLINGTON,
ADC #655082                                                              PLAINTIFF

V.                         CASE NO. 4:17-CV-00259 SWW/BD

LACRETIA FLOWERS, et al.                                                 DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation and Mr. Ellington's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Ellington's claims against Defendant Rice are DISMISSED, without prejudice. In addition, his claims against Defendants Flowers and Kelly in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of May, 2017.

                                  /s/Susan Webber Wright

                                  UNITED STATES DISTRICT JUDGE