IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KHALAN ELLINGTON,
ADC #655082                                                                                          PLAINTIFF

V.                              CASE NO. 4:17-CV-00259 SWW/BD

LACRETIA FLOWERS, et al.                                                               DEFENDANTS

# ORDER

Khalan Ellington, an inmate at the Faulkner County Detention Center ("Detention Center"), claims that Defendants violated his constitutional rights by holding him in the Detention Center for twenty-one days before taking him to court for an arraignment on his state-court criminal charges. For screening purposes, Mr. Ellington has stated constitutional claims against Defendants Flowers and Kelly.

Mr. Ellington has now filed a "motion for joinder," requesting to add Lieutenant Gary Andrews as a party Defendant. (Docket entry #10) The motion (#10) is GRANTED. The Clerk is instructed to add Lieutenant Andrews as a Defendant and to file Mr. Ellington's motion (#10) as an addendum to his complaint.

The Clerk also is instructed to prepare a summons for Defendant Andrews. The United States Marshal is directed to serve a copy of the complaint and the addendum to the complaint, together with any attachments, and a summons for Defendant Andrews without requiring prepayment of fees and costs or security. Service for Defendant Andrews should be through the Faulkner County Detention Center, Unit 1, 801 Locust Street, Conway, Arkansas 72032.

IT IS SO ORDERED, this 10th day of May, 2017.

                                                                       UNITED STATES MAGISTRATE JUDGE