# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KHALAN ELLINGTON,
ADC #655082                                                                                          PLAINTIFF

V.                          CASE NO. 4:17-CV-259 SWW-BD

LACRETIA FLOWERS, et al.                                                                     DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #38) is GRANTED. Mr. Ellington's claims are DISMISSED, with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED, this 20th day of February, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE