IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KHALAN ELLINGTON,
ADC #655082                                                                                  PLAINTIFF

V.                      CASE NO. 4:17-CV-259 SWW-BD

LACRETIA FLOWERS, et al.                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 20th day of February, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE